Jason Hightower
United States Park Ranger
Department of Interior
National Park Service
Death Valley National Park
PO Box 579
Death Valley, CA 92328
760-614-0458

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JEFFERY H. GERTSCH<br><br>             Defendant. | Case No. 5:20-po-00186-JLT<br><br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

      The United States of America, by and through Jason R. Hightower, United States Park Ranger, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice, and to withdraw the court trial on March 2, 2021.

DATED:  February 03, 2021                    Respectfully submitted,


                                       By       /s/  Jason R. Hightower
                                             Jason R Hightower
                          Supervisory United States Park Ranger
                                   Death Valley National Park

U.S. v. Gertsch
Case No. 5:20-po-00186-JLT

1

**O R D E R**

2

3

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

4

IT IS SO ORDERED.

5

6

Dated:   **February 3, 2021**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Gertsch
Case No. 5:20-po-00186-JLT